IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KAREN NINO-GUERRERO,

    Petitioner,

v.                                          Case No. 4:18cv578-MW/CAS

UNITED STATES DEPARTMENT
OF JUSTICE, and
the UNITED STATES DEPARTMENT
OF HOMELAND SECURITY,

    Respondents.
_____/

**ORDER ACCEPTING AND ADOPTING**
**<u>REPORT AND RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with a Court order." The Clerk shall close the file.

**SO ORDERED on April 25, 2019.**

                                              <u>s/ MARK E. WALKER</u>
                                              **Chief United States District Judge**